# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUENTIN MOORE, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br>v.<br>FITNESS INTERNATIONAL, LLC,<br><br>           Defendants. | Civil No. 12cv1551 LAB   (NLS)<br><br>**ORDER VACATING EARLY NEUTRAL EVALUATION AND SETTING DEADLINE TO FILE JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

Defendant advised the court that the parties have agreed to settle this case. Therefore, the court **VACATES** the Early Neutral Evaluation set for September 18, 2012.

The parties shall file a joint motion for preliminary approval of a class settlement with the district judge by **October 29, 2012**.

**IT IS SO ORDERED.**

DATED: September 14, 2012

*Nita L. Stormes*
Hon. Nita L. Stormes
U.S. Magistrate Judge
United States District Court