1
2
3
4
5
6
7
8
9
10 **UNITED STATES DISTRICT COURT**
11 **SOUTHERN DISTRICT OF CALIFORNIA**
12

| QUENTIN MOORE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FITNESS INTERNATIONAL, LLC,<br><br>Defendants. | Case No. 3:12-cv-1551-LAB-NLS<br><br>**COLLECTIVE ACTION**<br><br>**ORDER CONTINUING DUE DATE FOR THE PRELIMINARY APPROVAL MOTION OF THE SETTLEMENT** |
|---|---|

1     Pursuant to the Parties' Joint Motion to Continue the Due Date of the Motion for
2 Preliminary Approval of the Settlement, and Good Cause Appearing,
3     IT IS HEREBY ORDERED that the due date for the Parties' Joint Motion for Preliminary
4 Approval of the Settlement, currently set for October 29, 2012, is continued to **January 7, 2013**.
5     **IT IS SO ORDERED.**
6 DATED: October 19, 2012

                                                              The Honorable Nita L. Stormes
                                                              United States Magistrate Judge