# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUENTIN MOORE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FITNESS INTERNATIONAL, LLC,<br><br>Defendants. | CASE NO. 12cv1551-LAB (NLS)<br><br>**ORDER OF REFERENCE** |

Pursuant to 28 U.S.C. § 636(b)(1)(B), the joint motion for preliminary approval of class action settlement (Docket no. 18) is **REFERRED** to Magistrate Judge Nita Stormes for report and recommendation.

**IT IS SO ORDERED**.

DATED: February 20, 2013

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

12cv1551