UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUENTIN MOORE, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>v.<br>FITNESS INTERNATIONAL, LLC,<br><br>          Defendants. | Civil No. 12cv1551 LAB   (NLS)<br><br>**ORDER REQUIRING FURTHER BRIEFING FROM PLAINTIFFS IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL** |

      The court has reviewed all papers filed in support of the joint motion for preliminary approval. Before it can issue a report and recommendation assessing the fairness of the settlement and whether to grant or deny preliminary approval of the settlement, the court **ORDERS** Plaintiffs to file, by **March 29, 2013**, a supplemental brief addressing these points:

      1.    Explain why the settlement proceeds are divided so that the California class of club level Fitness International employees receives 30% of the settlement while the nationwide FLSA collective of personal trainers receives 70% of the settlement, when the number of class (9,842) and collective (10,196) members is close in number.  Plaintiffs shall analyze the relative strengths of the class claims as compared to the collective claims.  The court notes that the California class asserts more relative strengths for their claims (Jt. Mtn., pp.19-21) as compared to the collective, which asserts virtually no strengths, as it admits that the personal trainers made above minimum wage and did not work overtime, and that the FLSA only protects payment of minimum and overtime wages (Jt. Mtn., p.17).

2. Plaintiffs shall list and describe any discovery or other litigation in this case that was conducted separate and apart from the discovery and other litigation conducted in the *Baker*, *Commiato* and *Antis* cases. Plaintiffs shall also identify the discovery relevant to the California class and separately identify the discovery relevant to the nationwide collective.

**IT IS SO ORDERED.**

DATED: March 22, 2013

*[signature]*
Hon. Nita L. Stormes
U.S. Magistrate Judge
United States District Court