**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| QUENTIN MOORE and LEAH ERVIN, individually, and on behalf of all others similarly situated,<br>Plaintiff,<br>vs.<br>FITNESS INTERNATIONAL, LLC,<br>Defendant. | **Case No. 3:12-CV-1551-LAB-NLS**<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

This matter was referred to Magistrate Nita Stormes pursuant to 28 U.S.C. § 636(b)(1)(B) for the purpose of conducting such proceedings as may be necessary on the parties' Joint Motion for Preliminary Approval of Class/Collective Action Settlement. Judge Stormes issued her report and recommendation, recommending that the Joint Motion for Preliminary Approval be **GRANTED**, as follows: (1) certify class for settlement purposes only; (2) provisionally appoint class counsel; (3) grant joint motion for preliminary approval of class and collective action settlement; (4) approve form and manner of notice; and (5) award payments to class representatives, and in accordance with the statute set forth above that "[w]ithin fourteen days after

being served with a copy, any party may serve and file written objections to such proposed findings and recommendations." No objections were filed within the time permitted. The Court has reviewed the report and recommendation, and **ADOPTS** it in its entirety.

**IT IS SO ORDERED.**

Dated: 6/20/13

By: Larry A. Burns

Honorable Larry Alan Burns
United States District Judge